Juanita STATES, Plaintiff/Respondent,

v.

**NATIONAL SUPER MARKETS, INC., Employer/Appellant.**

No. 60790.

Missouri Court of Appeals,
Eastern District,
Division One.

June 23, 1992.

Joseph E. Denigan, Nat. Super Markets, Inc., St. Louis, for employer/appellant.

John Malec, Martin & Malec, St. Louis, for plaintiff/respondent.

ORDER

PER CURIAM.

Employer appeals from an order of the Labor and Industrial Relations Commission which awarded disability payments to claimant due to an occupational disease. We affirm. The judgment of the trial court is supported by substantial evidence and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their

information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).